

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00167-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS, Appellant | § | On Appeal from Criminal District Court No. 2 |
| | § | of Tarrant County (1710742) |
| V. | § | May 23, 2024 |
| | § | Memorandum Opinion by Justice Walker |
| ELIJAH JOEL ROBINSON | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's Order granting the Motion to Suppress is reversed, and this case is remanded to the trial court for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker